UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION


THERESA BREWER,                              )
                                             )
                     Plaintiff,              )
                                             )          **JUDGMENT IN A CIVIL CASE**
        v.                                   )
                                             )          **CASE NO. 5:20-CV-685-D**
KILOLO KIJAKAZI, Acting Commissioner of      )
Social Security,                             )
                     Defendant.              )


**Decision by Court.**
This action came before this Court for ruling as follows.


**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses Defendant's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to Defendant for further administrative action.


**This Judgment Filed and Entered on November 2, 2021, and Copies To:**
George C. Piemonte                           (via CM/ECF electronic notification)
Lisa M. Rayo                                 (via CM/ECF electronic notification)


DATE:                              PETER A. MOORE, JR., CLERK
November 2, 2021                   (By) /s/ Nicole Sellers
                                    Deputy Clerk