IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION
No. 5:20-CV-00685-D

| | |
|---|---|
| THERESA BREWER,<br>Plaintiff, | )<br>)<br>) |
| KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br>Defendant. | ) ORDER APPROVING ATTORNEY<br>) FEES PURSUANT TO 42 U.S.C. § 406(b)<br>)<br>)<br>) |

Plaintiff's counsel filed a motion for approval of attorney's fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), in the amount of $17,304.27. Attorney's fees under section 206(b) are paid from past-due benefits awarded to a successful claimant. 42 U.S.C. § 406(b). Plaintiff has previously been awarded attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $4,861.27.

Defendant filed a response, stating that under *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002), it is the duty of the Court to determine a reasonable fee.

It is ORDERED that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $17,304.27, and refund to Plaintiff the smaller award ($4,861.27) between this amount and the EAJA award.

SO ORDERED. This 24 day of February, 2023.

JAMES C. DEVER III
UNITED STATES DISTRICT COURT JUDGE