UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

THERESA BREWER,                          )
                                         )
                    Plaintiff,           )
                                         )      **JUDGMENT IN A**
v.                                       )      **CIVIL CASE**
                                         )      **CASE NO. 5:20-CV-685-D**
KILOLO KIJAKAZI,                         )
Acting Commissioner of Social Security,  )
                                         )
                                         )
                    Defendant.           )


**Decision by Court.**  This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's counsel be awarded fees under
42 U.S.C. § 406(b) in the amount of $17,304.27, and refund to Plaintiff the smaller award ($4,861.27)
between this amount and the EAJA award.


**This Judgment Filed and Entered on February 24, 2023, and Copies To:**

George C. Piemonte                       (via CM/ECF electronic notification)

Lisa M. Rayo                             (via CM/ECF electronic notification)

Cassia W. Parson                         (via CM/ECF electronic notification)


DATE:  February 24, 2023                          PETER A. MOORE, JR., CLERK


                                                  (By)   /s/ Stephanie Mann
                                                  Deputy Clerk